**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1831**

---

LISA MARIE HARRIS,

                                        Plaintiff - Appellant,

        versus

FOOD LION; MICHELLE WOUND, a/k/a Michelle
Young,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Bristow Marchant, Magistrate Judge.
(3:06-cv-03430-BM)

---

Submitted:  November 20, 2007      Decided:  November 28, 2007

---

Before NIEMEYER and TRAXLER, Circuit Judges.[*]

---

Affirmed by unpublished per curiam opinion.

---

Lisa Marie Harris, Appellant Pro Se.  David Andrew Williams,
Carmelo B. Sammataro, TURNER, PADGET, GRAHAM & LANEY, PA, Columbia,
South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

---

        [*]The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d).

PER CURIAM:

Lisa Marie Harris appeals the district court's order granting summary judgment to the Defendants on her civil action alleging she was falsely arrested. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Harris v. Food Lion</u>, No. 3:06-cv-03430-BM (D.S.C. Aug. 20, 2007). We also deny Harris' pending motions for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>